AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BENJAMIN MELENDEZ, an individual; RANJEET PANNU, an individual; and BIKRAMJIT SINGH PANNU, an individual,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CULTURE CANNABIS CLUB, a California corporation; SKYBOX HOLDINGS 81, a California corporation; (See Attachment 1)<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-00815-DOC-ADSx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CULTURE CANNABIS CLUB C/O Linda Duong
1 CORPORATE PARK, SUITE 112
IRVINE, CA 92606

SKYBOX HOLDINGS 81 C/O Linda Duong
1 CORPORATE PARK SUITE 112
IRVINE CA 92606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Kang
Courtney Wenrick
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/12/2024                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-2926

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

***BENJAMIN MELENDEZ, et al. V. CULTURE CANNABIS CLUB, et al.***
(USDC CENTRAL DISTRICT OF CALIFORNIA 2:24-cv-2926)

## ATTACHMENT 1 TO SUMMONS

MAMMOTH LEGEND CONSULTING, INC., a California corporation; BLOOMSTONE, a California corporation; PROFICIENT PROFITS, a Texas limited liability company; TOMMY LE, an individual; JULIE LE, an individual; CHRISTINA D'ANGELO, an individual; DEVON JULIAN, an individual; CHRIS FRANCY, an individual, ANH TRAN aka ANH RAFOL,; and DOES 1 through 100, inclusive,

*BENJAMIN MELENDEZ, et al. V. CULTURE CANNABIS CLUB, et al.*

(USDC CENTRAL DISTRICT OF CALIFORNIA 2:24-cv-2926)

## ATTACHMENT 2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

MAMMOTH LEGEND CONSULTING, INC. C/O Linda Duong
3 CORPORATE PARK, STE 200
IRVINE, CA 92606

BLOOMSTONE C/O Christina D'Angelo
1 CORPORATE PARK STE 112
IRVINE, CA 92782

PROFICIENT PROFITS
10909 JONES RD #423
HOUSTON, TX 77065

TOMMY LE
1 CORPORATE PARK, SUITE 112
IRVINE, CA 92606

JULIE LE
1 CORPORATE PARK STE 112
IRVINE, CA 92782

CHRISTINA D'ANGELO
1 CORPORATE PARK STE 112
IRVINE, CA 92782

DEVON JULIAN
1 CORPORATE PARK STE 112
IRVINE, CA 92782

CHRIS FRANCY
1 CORPORATE PARK STE 112
IRVINE, CA 92782

ANH TRAN aka ANH RAFOL
1 CORPORATE PARK STE 112
IRVINE, CA 92782