JOHN C. KANG (SBN 181177)
John.Kang@wbd-us.com
COURTNEY WENRICK (SBN 286380)
Courtney.Wenrick@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Attorney for Plaintiffs
BENJAMIN MELENDEZ, RANJEET PANNU, and
BIKRAMJIT SINGH PANNU

## UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA, CENTRAL DISTRICT

## SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN MELENDEZ, an individual; RANJEET PANNU, an individual; and BIKRAMJIT SINGH PANNU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CULTURE CANNABIS CLUB, a California corporation; SKYBOX HOLDINGS 81, a California corporation; MAMMOTH LEGEND CONSULTING, INC., a California corporation; BLOOMSTONE, a California corporation; PROFICIENT PROFITS, a Texas limited liability company; TOMMY LE, an individual; JULIE LE, an individual; CHRISTINA D'ANGELO, an individual; DEVON JULIAN, an individual; CHRIS FRANCY, an individual, ANH TRAN aka ANH RAFOL, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 8:24-cv-00815-DOC-ADSx <br><br> **PROOF OF SERVICE OF SUMMONS** |

PROOF OF SERVICE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>John C. Kang, Esq. (SBN 181177); Courtney Wenrick (SBN 286380)<br>WOMBLE BOND DICKINSON (US) LLP<br>400 Spectrum Center Drive, Suite 1700<br>Irvine , CA 92618<br>TELEPHONE NO.: (714) 557-3800     FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: John.Kang@wbd-us.com; Courtney.Wenrick@wbd-us.com<br>ATTORNEY FOR *(Name)*: Plaintiff, Benjamin Melendez, Ranjeet Pannu, Birkamjit Pannu | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 411 West 4th Street, Room 1053<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: SOUTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: Benjamin Melendez, et al.<br>DEFENDANT/RESPONDENT: Culture Cannabis Club, et al. | CASE NUMBER:<br>8:24-cv-00815-DOC-ADSx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Civil Cover Sheet ; Notice of Interested Parties; Notice of Assignment; Notice of Intra-District, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
3. a. Party served *(specify name of party as shown on documents served)*:
      Mammoth Legend Consulting, Inc., a California corporation
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Tommy Le, Chief Executive Officer, Secretary, Chief Financial Officer
4. Address where the party was served:
   1 Corporate Park, Irvine, CA 92606
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* April 22, 2024   (2) at *(time):* 7:12 pm
   b. [ ] **by substituted service.** On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: Benjamin Melendez, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Culture Cannabis Club, et al. | 8:24-cv-00815-DOC-ADSx |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:  (2) from *(city)*:
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt*.)* (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: Mammoth Legend Consulting, Inc.
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: Michael Valdez
   b. Address: 8767 Lomita Dr, Apt D, Alta Loma CA 91701
   c. Telephone number: 909-552-4834
   d. **The fee** for service was: $ 100.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
           (i) ☐ owner   ☐ employee   ☐ independent contractor.
           (ii) Registration No.:
           (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: April 24, 2024

Michael Valdez
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

DocuSigned by:
*Michael Valdez*
124C82F7FEFA437...
(SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2