JOHN C. KANG (SBN 181177)
John.Kang@wbd-us.com
COURTNEY WENRICK (SBN 286380)
Courtney.Wenrick@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Attorneys for Plaintiffs
BENJAMIN MELENDEZ, RANJEET PANNU, and BIKRAMJIT SINGH PANNU

# UNITED STATES DISTRICT COURT
## STATE OF CALIFORNIA, CENTRAL DISTRICT
### SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN MELENDEZ, an individual; RANJEET PANNU, an individual; and BIKRAMJIT SINGH PANNU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CULTURE CANNABIS CLUB, a California corporation; SKYBOX HOLDINGS 81, a California corporation; MAMMOTH LEGEND CONSULTING, INC., a California corporation; BLOOMSTONE, a California corporation; PROFICIENT PROFITS, a Texas limited liability company; TOMMY LE, an individual; JULIE LE, an individual; CHRISTINA D'ANGELO, an individual; DEVON JULIAN, an individual; CHRIS FRANCY, an individual, ANH TRAN aka ANH RAFOL, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 8:24cv815 <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

On June 21, 2024, Plaintiffs BENJAMIN MELENDEZ, RANJEET PANNU, and BIKRAMJIT SINGH PANNU (collectively, "Plaintiffs") filed a voluntary dismissal without prejudice against Defendants TOMMY LE, JULIE LE, CHRISTINA D'ANGELO, DEVON JULIAN, CHRIS FRANCY, ANH TRAN aka ANH RAFOL, CULTURE CANNABIS CLUB, SKYBOX HOLDINGS 81, MAMMOTH LEGEND CONSULTING, INC., BLOOMSTONE, and PROFICIENT PROFITS (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to voluntarily dismiss an action without a court order so long before the opposing party serves either an answer or a motion for summary judgment.

Accordingly, the Court dismisses Plaintiffs' claims without prejudice. The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED:                                    _____
                                          Judge David O. Carter
                                          UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

WOMBLE BOND DICKINSON (US) LLP

By: /s/ *John C. Kang*
John C. Kang