JS-6

1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA, CENTRAL DISTRICT

## SOUTHERN DIVISION

| | |
|---|---|
| 13 — BENJAMIN MELENDEZ, an individual; RANJEET PANNU, an individual; and BIKRAMJIT SINGH PANNU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CULTURE CANNABIS CLUB, a California corporation; SKYBOX HOLDINGS 81, a California corporation; MAMMOTH LEGEND CONSULTING, INC., a California corporation; BLOOMSTONE, a California corporation; PROFICIENT PROFITS, a Texas limited liability company; TOMMY LE, an individual; JULIE LE, an individual; CHRISTINA D'ANGELO, an individual; DEVON JULIAN, an individual; CHRIS FRANCY, an individual, ANH TRAN aka ANH RAFOL, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:24cv815<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On June 21, 2024, Plaintiffs BENJAMIN MELENDEZ, RANJEET PANNU, and BIKRAMJIT SINGH PANNU (collectively, "Plaintiffs") filed a voluntary dismissal without prejudice against Defendants TOMMY LE, JULIE LE, CHRISTINA D'ANGELO, DEVON JULIAN, CHRIS FRANCY, ANH TRAN aka ANH RAFOL, CULTURE CANNABIS CLUB, SKYBOX HOLDINGS 81, MAMMOTH LEGEND CONSULTING, INC., BLOOMSTONE, and PROFICIENT PROFITS (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to voluntarily dismiss an action without a court order so long before the opposing party serves either an answer or a motion for summary judgment.

Accordingly, the Court dismisses Plaintiffs' claims without prejudice. The Court hereby orders all proceedings in the case VACATED and taken off calendar.

Defendant's MOTION to Dismiss Case PURSUANT TO FED. R. CIV. PROC. 12(b)(6) (Dkt.19) is denied as moot.

**IT IS SO ORDERED.**

DATED: June 24, 2024

_David O. Carter_
Judge David O. Carter
UNITED STATES DISTRICT COURT

2
ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE